Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com
Attorney for Plaintiff ADAM DAVID JOHNSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM DAVID JOHNSON,<br><br>               Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>               Defendant | CASE NO.  2:21-cv-09042 −KK<br><br>[PROPOSED] ORDER FOR AWARD<br>OF EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. §2412(d)<br><br>NOTE CHANGES BY COURT |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,125.22** as authorized by 28 U.S.C. § 2412.

Dated:  June 20, 2023

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE